No. 1275. CREDITORS' COMMITTEE OF DRIVE-IN DE-VELOPMENT CORP. ET AL. v. NATIONAL BOULEVARD BANK OF CHICAGO. C. A. 7th Cir. Certiorari denied. *G. Kent Yowell* for petitioners.

No. 1210. SARFATY ET AL. v. NOWAK, MAYOR OF CALUMET CITY, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *John Powers Crowley* and *Anna R. Lavin* for petitioners.

No. 1132. FLORISTS' NATIONWIDE TELEPHONE DELIV-ERY NETWORK—AMERICA'S PHONE-ORDER FLORISTS, INC. v. FLORISTS' TELEGRAPH DELIVERY ASSOCIATION; and
No. 1248. FLORISTS' TELEGRAPH DELIVERY ASSO-CIATION v. FLORISTS' NATIONWIDE TELEPHONE DELIV-ERY NETWORK—AMERICA'S PHONE-ORDER FLORISTS, INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions. *Thomas C. McConnell* and *Francis J. Mc-Connell* for petitioner in No. 1132 and for respondent in No. 1248. *Norman Diamond* and *Melville C. Williams* for petitioner in No. 1248 and for respondent in No. 1132. Reported below: 371 F. 2d 263.

No. 884, Misc. PETTIT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1201. PEPE v. NEW YORK. Ct. App. N. Y. Cer-tiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Hyman Bravin* and *Irving Anolik* for petitioner. *Frank S. Hogan* for respondent.